UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT N. KIANI,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ELAINE L. CHAO, Secretary of Transportation,<br><br>    *Defendant*. | Civil A. No. 17-2815 (ABJ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME AND RESPONSE
IN OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY
OF JUDGMENT AND MOTION FOR DEFAULT JUDGMENT**

Defendant Elaine L. Chao, Secretary of Transportation ("Defendant" or the "Agency"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure ("Rule") 6(b), for an extension of time until May 7, 2018, to file a response to Plaintiff's Complaint (ECF No. 2). The grounds for this extension request are set forth below and a proposed order is attached. Moreover, Defendant requests that the Court deny as moot Plaintiff's premature motion for entry of judgment and motion for default judgment (ECF No. 5).

Plaintiff brings this action under the American with Disabilities Act, 42 U.S.C. § 12101, *et seq.* ("ADA"), and Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794 (the "Rehabilitation Act"). Compl., Part I, ¶ 1 (ECF No. 2). Plaintiff brings claims of discrimination based on disability, harassment based on disability, and retaliation based on protected activity. *Id.*, Part II, ¶¶ 1–3.

The United States Attorney's Office was served with a copy of the summons and complaint on February 5, 2018. *See* Pl.'s Mem. at 3 (ECF No. 5 at 3). Based on the date of

service of the summons and complaint on the United States Attorney's Office, Defendant's response is currently due April 6, 2018.[1]

Undersigned counsel is still in the process of working with the Agency to investigate the allegations in the complaint and prepare a response. However, that work is still ongoing, and will not be completed in time to file a response by April 6, 2018. Defendant also makes this request to accommodate the undersigned's litigation schedule. The undersigned is managing a very busy litigation docket with many active litigation matters before this Court and the D.C. Circuit. Among other deliverables due in late March and early April, the undersigned filed a substantial 60-page appellate brief with the D.C. Circuit yesterday, April 2, and has an oral argument scheduled at the D.C. Circuit in another matter on April 6. The undersigned also has numerous briefs, responsive pleadings, and other filings due in other matters pending in this Court throughout the month of April. Defendant therefore requests a 30-day extension for the filing of a responsive pleading to provide the undersigned time needed to investigate the allegations, consult with the Agency, and prepare an appropriate response.

The undersigned sent Plaintiff's counsel an email on Friday, March 30, 2018, asking if Plaintiff would consent to the extension. *See* Ex. 1 hereto. The undersigned did not receive a response. Instead, the undersigned received notice today, April 3, 2018, that Plaintiff had filed on April 1, 2018, a motion for entry of default and motion for default judgment ("Plaintiff's Rule 55 Motion").[2] Thus, it is understood that Plaintiff does not consent to an extension.

---

[1] Plaintiff's motion for default judgment incorrectly asserts that Defendant's response is due on *April 5*, 2018. *See* Pl.'s Mem. at 3. In fact, 60 days from the date of service, February 5, 2018, is Friday, April 6, 2018.

[2] The undersigned had not yet entered an appearance and therefore did not immediately receive an electronic notice of the filing.

Plaintiff's Rule 55 Motion is without merit and should be denied. As Plaintiff acknowledges, Defendant's response was not yet due on April 1, 2018, when Plaintiff filed the Motion. *See* Pl.'s Mem. at 3 (ECF No. 5 at 3). Defendant did not fail to plead or otherwise respond to the Complaint because Defendant's answer was not yet due. Indeed, Plaintiff's counsel was already on notice on March 30, 2018, that Defendant was aware of the impending April 6 deadline, that Defendant planned to seek a 30-day extension, and requested Plaintiff's consent to the extension. The instant motion, which is timely filed, essentially moots Plaintiff's premature Rule 55 Motion.

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion, provide Defendant an extension until May 7, 2018, to respond to the Complaint, and deny Plaintiff's Rule 55 Motion.

April 3, 2018

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:   */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov