# EXHIBIT 1

**Schaefer, Daniel (USADC)**

| | |
|---|---|
| **From:** | Schaefer, Daniel (USADC) |
| **Sent:** | Friday, March 30, 2018 2:17 PM |
| **To:** | 'drghs3@gmail.com' |
| **Subject:** | Kiani v. DOT, Case No. 17-2815 |

Counsel,

I am representing the defendant in the Kiani matter.  I am writing to see if plaintiff consents to a 30-day extension for defendant to answer or otherwise respond to your complaint.  Based on the date of service, our response is currently due by Friday April 6.  My schedule this month and next are very busy and so I do not expect to have time available for the next couple of weeks.

Thanks,

Dan

Daniel P. Schaefer
Assistant U.S. Attorney
District of Columbia
555 4th St. NW
Washington, D.C.  20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov