UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT N. KIANI,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ELAINE L. CHAO, Secretary of Transportation,<br><br>    *Defendant*. | Civil A. No. 17-2815 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time and Response in Opposition to Plaintiff's Request for Entry of Judgment and Motion for Default Judgment (ECF No. 5), and the entire record herein, it is this _____ day of _____, 2018,

**ORDERED** that Defendant's Motion for Extension of Time be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until May 7, 2018, to answer or otherwise respond to Plaintiff's Complaint; and it is

**FURTHER ORDERED** that Plaintiff's Request for Entry of Judgment and Motion for Default Judgment is hereby **DENIED**.

**SO ORDERED**.

_____                    _____
Date                                                              United States District Judge