UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT N. KIANI | ) ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action No. 17-02815 (ABJ) |
| ELAINE L. CHAO, Secretary of Transportation | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

By June 29, 2018, plaintiff is ORDERED to inform the Court if he objects to his attorney's withdrawal from the case, and/or if he objects to the voluntary dismissal of the case. If plaintiff does not respond to this Order, the case will be dismissed for want of prosecution.

The Clerk is ORDERED to mail this Order directly to plaintiff at his last known address, which was listed on the civil cover sheet [Dkt. # 1] and in counsel's second motion to withdraw [Dkt. # 15]:  21087 Branchwood Way, Sterling, VA 20164.

**SO ORDERED**.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE:  June 8, 2018